JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-02147-MAA <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Carolyn Colvin as Defendant in this suit.

1   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
2   Security is reversed and the matter is remanded for further proceedings.

4   DATED: January 6, 2026                    _____
5                                              HONORABLE MARIA A. AUDERO
                                               UNITED STATES MAGISTRATE JUDGE